Anna Agresta, as Administratrix, etc., Plaintiff, v. Federal Steam Navigation Company of England, Defendant.— Reargument of motion ordered for Friday, May 14, 1915. Present — Jenks, P. J., Thomas, Carr and Rich, JJ.

Marie Marjorie Ambrosius, an Infant, etc., Respondent, v. Iva H. Ambrosius, as Administratrix, etc., Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Buell G. Davis, Individually and as Executor, etc., Appellant, v. George W. Seaward, as Administrator, etc., and Others, Respondents.— Motion granted pursuant to the powers conferred by chapter 553 of the Laws of 1915, amending section 231 of the Code of Civil Procedure, and appeal sent to the Appellate Division in the Fourth Department. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Enterprise Metal Bedstead Company, Plaintiff, v. Gately Furniture Company, Defendant.— Motion for stay denied, with ten dollars costs. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

Anna J. Griffith, as Administratrix, etc., Plaintiff, v. Victor William Cupples, Defendant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.